BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
JAN 24 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

2:13 - SW - 0 0 4 3   DAD

| | |
|---|---|
| In the Matter of the Search of Metro PCS account pertaining to cellular telephone (916) 821-7672; Metro PCS Account Number 563379280; Subscriber: "Casey Jones | CASE NO. 2:13-SW- <br><br> **ORDER PRECLUDING NOTICE TO SUBSCRIBER OR CUSTOMER PURSUANT TO 18 U.S.C. § 2705(B) AND TO SEAL SEARCH WARRANT APPLICATION AND RELATED DOCUMENTS** <br><br> **UNDER SEAL** |

   Upon motion of the United States of America and good cause having been shown, the Court finds the following:

   IT APPEARING that prior notice of the Application for Search Warrant, including Affidavit, the Search Warrant, or this Order, to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation; the Court GRANTS the United States's Motion to Preclude Notice to Subscriber or Customer and to Seal Documents.

   Accordingly,

   IT IS HEREBY ORDERED Metro PCS Wireless SHALL **NOT** DISCLOSE the existence of the Application for Search Warrant, including Affidavit, the Search Warrant, or this Order of the Court, or the existence of the investigation, to the listed subscriber or to any other person, unless and until authorized to do so by the Court.

Order Precluding Notice to Subscriber and Sealing Documents

1

IT IS FURTHER ORDERED that the United States's Motion to Preclude Notice to Subscriber or Customer, the Application for Search Warrant, including Affidavit, the Search Warrant, and this Order are hereby ordered SEALED until further order of this Court.

DATED: 1/24/13

_____
HON. DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE